Donald L. Myles, Jr., Bar #007464
Erik J. Stone, Bar #027805
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-7309
Fax: (602) 200-7875
dmyles@jshfirm.com
estone@jshfirm.com

Attorneys for Defendant Wesley Financial Group, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Charles Gulden,<br><br>                    Plaintiff,<br><br>v.<br><br>Wesley Financial Group, LLC,<br><br>                    Defendant. | No. 2:21-cv-01249-DJH<br><br>**NOTICE OF SETTLEMENT** |

        Defendant Wesley Financial Group, LLC, through undersigned counsel, notifies the Court pursuant to Arizona Civil Rule of Civil Procedure 5.3(d) that the parties have reached settlement in the above-captioned matter. The parties will be filing a Stipulation to Dismiss and corresponding Order in the near future.

9689243.1

DATED this 23rd day of August, 2021.

JONES, SKELTON & HOCHULI, P.L.C.


By */s/ Erik J. Stone*
Donald L. Myles, Jr.
Erik J. Stone
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendant Wesley Financial Group, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of August, 2021, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document to the following non-CM/ECF participants:

Charles A. Gulden
11802 East 28th Place
Yuma, Arizona 85367
chasinyuma@hotmail.com


*/s/ Raquel L. Auriemma*

2

9689243.1