Donald L. Myles, Jr., Bar #007464
Erik J. Stone, Bar #027805
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-7309
Fax: (602) 200-7875
dmyles@jshfirm.com
estone@jshfirm.com

Attorneys for Defendant Wesley Financial Group, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Charles Gulden,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>Wesley Financial Group, LLC,<br><br>　　　　　　　　　Defendant. | No. 2:21-cv-01249-DJH<br><br>**Stipulation of Dismissal** |

It is hereby stipulated by and between the parties through undersigned counsel that the above-captioned action be dismissed with prejudice, each party to bear its own costs and attorney fees.

9895356.1

DATED this 11th day of November, 2021.

JONES, SKELTON & HOCHULI, P.L.C.

By /s/ *Erik J. Stone*
Donald L. Myles, Jr.
Erik J. Stone
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendant Wesley Financial Group, LLC

By /s/ *Charles A. Gulden (w/permission)*
Charles A. Gulden
11802 East 28th Place
Yuma, Arizona 85367
Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of November, 2021, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document to the following non-CM/ECF participants:

Charles A. Gulden
11802 East 28th Place
Yuma, Arizona 85367
chasinyuma@hotmail.com

/s/ *Raquel L. Auriemma*

9895356.1