# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Charles A Gulden,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Wesley Financial Group LLC,<br><br>　　　　　Defendant. | No. CV-21-01249-PHX-DJH<br><br>**ORDER** |

The Court having reviewed the parties' Stipulation of Dismissal (Doc. 14), filed on November 11, 2021,

**IT IS ORDERED** approving the Stipulation (Doc. 14) and dismissing this action in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action.

Dated this 12th day of November, 2021.

Honorable Diane J. Humetewa
United States District Judge